UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAMES STEPHENS, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. H-03-5469 |
| | § | |
| GUY WILLIAMS, | § | |
| | § | |
| Defendant. | § | |

# FINAL JUDGMENT

For the reasons stated in the Court's Memorandum and Opinion entered this date, this action is DISMISSED with prejudice.

This is a FINAL JUDGMENT.

SIGNED the 9th day of May, 2005.

_____
David Hittner
United States District Judge

1 / 1